# MEMORANDUM ENDORSED

## EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| JONATHAN S. ABADY<br>MATTHEW D. BRINCKERHOFF<br>ANDREW G. CELLI, JR.<br>RICHARD D. EMERY<br>DEBRA L. GREENBERGER<br>DIANE L. HOUK<br>DANIEL J. KORNSTEIN<br>JULIA P. KUAN<br>HAL R. LIEBERMAN<br>ILANN M. MAAZEL<br>KATHERINE ROSENFELD<br>ZOE SALZMAN<br>SAM SHAPIRO<br>EARL S. WARD<br>O. ANDREW F. WILSON | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | VASUDHA TALLA<br><br>ERIC ABRAMS<br>NAIRUBY L. BECKLES<br>MARISSA BENAVIDES<br>DAVID BERMAN<br>NICK BOURLAND<br>DANIEL M. EISENBERG<br>SARA LUZ ESTELA<br>ANDREW K. JONDAHL<br>SANA MAYAT<br>HARVEY PRAGER<br>VIVAKE PRASAD<br>MAX SELVER<br>EMILY K. WANGER |

July 24, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2023

*Via ECF*

The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Kasselakis v. Tiptree Inc. et al.*, 1:23-cv-2756 (GHW) (SA)

Dear Judge Woods:

      We represent Plaintiff in the above-captioned matter and write with Defendants' consent to request a two-week extension of the deadline for Plaintiff to respond to Defendants' pre-motion letter regarding their proposed motion to dismiss the First Amended Complaint. Dkt. 35. Similarly, we request with Defendants' consent a two-week adjournment of the conference scheduled to discuss this motion and the parties' proposed revised Civil Case Management Plan. Dkt. 37. The reason for this extension is to allow the undersigned, who will be appearing at the conference on behalf of Plaintiff, to attend to an unexpected family matter.

      Respectfully submitted,

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

*/s/ Daniel M. Eisenberg*
Daniel M. Eisenberg
600 Fifth Avenue, 10th Floor
New York, New York 10020

*Counsel to Plaintiff*

Application granted. The teleconference scheduled for July 27, 2023 is adjourned to August 8, 2023 at 2:00 p.m. The parties are welcome, but not required, to file a revised proposed case management plan that accounts for this extension. Plaintiff is not required to file a response to Defendants' request for a pre-motion conference. If Plaintiff wishes to file such a letter, it must be filed no later than August 4, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 38.

SO ORDERED.

Dated: July 24, 2023
New York, New York

GREGORY H. WOODS
United States District Judge