**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
STEFANOS KASSELAKIS,

                    Plaintiff,

    -against-                                                23 **CIVIL** 2756 (GHW)

                                                                   **<u>JUDGMENT</u>**
TIPTREE, INC., et al.,

                    Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated July 1, 2024, because Tiptree Marine Florida is a necessary and indispensable party whose joinder destroys diversity, the defendants' motion to dismiss is GRANTED. This action is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      July 2, 2024

                                                      **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                          **BY:**         *K. Mango*

                                                     **Deputy Clerk**